Wilson & Householder, for Appellees.

---

W. R. Hughes, Plaintiff in Error, v. Mary Hughes, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Pinellas.

Writ of error dismissed on motion of counsel for defendant in error at costs of plaintiff in error.

Lunsford & Shackleford, for Plaintiff in Error;

Herman Merrell, for Defendant in Error.